IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MARTY LYNN NASH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:14-0081 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) | Magistrate Judge Bryant |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On August 11, 2015, the Magistrate Judge issued a Report and Recommendation (DE #17), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Plaintiff's Motion for Judgment on the Administrative Record (DE #12) is DENIED, and the decision of the Social Security Administration is AFFIRMED.

It is so **ORDERED**.

ENTER this 8th day of September 2015.

_____
ALETA A. TRAUGER
U.S. District Judge